IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

**JORDAN GRUBB,**

    **Plaintiff,**

v.                                                                   Civil Action No.: 1:21-CV-37
                                                                                              (Judge Kleeh)

**JASON O. HENSLEY, individually as a**
**Member of the West Virginia State Police and**
**JEREMY R. GARRETT, individually as a**
**Member of the West Virginia State Police,**

    **Defendants.**

## DISMISSAL ORDER

On this day came Plaintiff Jordan Grubb and Defendants Jason O. Hensley and Jeremy R. Garrett, by counsel, and advised the Court that all matters in controversy have been resolved between Plaintiff and Defendants and that Plaintiff wishes to dismiss this matter against Defendants, with prejudice. Accordingly, the Court hereby **ORDERS** that this matter be **DISMISSED,** with prejudice, as to Defendants Jason O. Hensley and Jeremy R. Garrett.

The Court further directs that a copy of this Order be sent to all counsel of record and unrepresented parties.

ENTERED this  18th  day of   October         , 2023.

*Tom S Kleeh*
_____
Honorable Thomas S. Kleeh, Judge

/s/ Stephen P. New (w/permission)
Stephen P. New, Esquire (WVSB #7756)
New, Taylor & Associates
430 Harper Park Drive
Beckley, WV 25801
Phone: (304) 250-6017
Fax: (304) 250-6012
steve@newtaylorlaw.com
*Counsel for Plaintiff*


/s/ Michael D. Mullins
Michael D. Mullins, Esquire (WVSB #7754)
STEPTOE & JOHNSON PLLC
707 Virginia Street East, Fl. 17
Post Office Box 1588
Charleston, WV 25326-1588
Telephone: 304-353-8000
Facsimile:  304-933-8704
Michael.Mullins@steptoe-johnson.com
*Counsel for Defendants*